

**FILED**
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>vs.<br><br>UNHA PARK<br>    Defendant. | )  CRIMINAL CASE NO. 00-00003-001<br>)<br>)<br>)  **TRAVEL REQUEST INFORMATION**<br>)<br>)<br>)<br>) |

     On February 6, 2002, Unha Park was sentenced by the Honorable John S. Unpingco for Attempted Possession of Over Fifty (50) Grams of Crystal Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a) and 846. She was ordered to serve 60 months imprisonment followed by 60 months of supervised release with conditions that she: comply with the standard conditions of supervised release; not unlawfully possess a controlled substance; refrain from the use of any and all alcoholic beverages; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; participate in a substance abuse program to include testing, and make a co-payment for treatment at a rate to be determined by the U.S. Probation Officer; obtain and maintain gainful employment; perform 400 hours of community service; and pay a $100 special assessment fee. On December 5, 2005, the Court modified conditions of supervised release to require the defendant submit to a maximum of eight drug tests per month, as directed by the probation officer. Ms. Park began her term of supervision on June 25, 2004.

     On July 31, 2006, Ms. Park submitted a travel request form to visit relatives in Seoul, Korea. She also indicated that while in Korea she will make arrangements for a general medical check-up. Ms. Park's requested travel dates are from August 14, 2006 to September 14, 2006 and she will be traveling with her husband. This is Ms. Park's first request to travel from the Court.

**Supervision Compliance:** Ms. Park and her husband recently sold their small business, Park's Market, and are presently considering new business opportunities. On April 1, 2005, Ms. Park completed the year-long drug treatment and testing program of the U.S. Probation Office. She completed the 400 hour community service order on December 8, 2004 and paid the $100 special assessment fee on February 21, 2002.

ORIGINAL

Travel Request Information
Re: PARK, Unha
USDC Cr. Cs. No. 00-00003-001
August 4, 2006
Page 2

**Recommendation:** In light of Ms. Park's present compliance status with her supervised release conditions, this Officer supports the request to travel and seeks Court approval.

Executed this ___7th___ day of August 2006 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: File