| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|



Unha Park
USDC Cr. Cs. No. 00-00003-001
SSN: XX-XXX-9300
DOB: XX-XX-1948
HT: 5'2" / WT: 145 lbs.

DATE    August 4, 2006

YOU ARE AUTHORIZED TO TRAVEL TO    Seoul, Korea

LEAVING    August 14, 2006    AND RETURNING    September 14, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM
AUG - 9 2006
MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

Visit relatives and general medical check-up.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office. Urinalysis will be conducted.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME:
ADDRESS:

[X] Approved    [ ] Disapproved

**RECEIVED**
AUG - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
U.S. District of Guam
Dated: August 8, 2006

ORIGINAL