# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00003-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| UNHA PARK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 6, 2002, Unha Park was sentenced by the Honorable John S. Unpingco for Attempted Possession of Over Fifty (50) Grams of Crystal Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a) and 846. She was ordered to serve 60 months imprisonment followed by 60 months of supervised release with conditions that she comply with the standard conditions of supervised release; not unlawfully possess a controlled substance; refrain from the use of any and all alcoholic beverages; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; participate in a substance abuse program to include testing, and make a co-payment for treatment at a rate to be determined by the U.S. Probation Officer; obtain and maintain gainful employment; perform 400 hours of community service; and pay a $100 special assessment fee. Ms. Park began her term of supervision on June 25, 2004. On December 5, 2005, the District Court modified conditions of supervised release to require the defendant to submit to a maximum of eight drug tests per month, as directed by the probation officer.

On May 18, 2007, Ms. Park submitted a travel request form to travel to Seoul, Republic of Korea, to purchase equipment for her convenience store, which is soon to open in Dededo. Ms. Park's requested travel dates are from June 11, 2007 to June 20, 2007. She will be traveling with her husband.

Request to Travel
Re: PARK, Unha
USDC Cr. Cs. No. 00-00003-001
May 23, 2007
Page 2

To date, Ms. Park has satisfactorily adjusted to her term of supervised release. She has no monetary obligations to the Court, and has satisfied all of her special conditions. This Officer supports the travel request and seeks Court approval.

Executed this 23rd day of May 2007 at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

**Unha Park**
USDC Cr. Cs. No. 00-00003-001
SSN: XX-XXX-9300
DOB: XX-XX-1948
HT: 5'2"; WT: 145 lbs.



DATE    May 23, 2007

YOU ARE AUTHORIZED TO TRAVEL TO    **Seoul, Republic of Korea**

LEAVING    **June 11, 2007**    AND RETURNING    **June 20, 2007**

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS:    **(INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)**

1. You shall abide by your supervised release conditions while in Korea.

2. You shall report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.

3. You shall immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

UNITED STATES PROBATION OFFICER

NAME:
ADDRESS:

☐ **APPROVED**    ☐ **DISAPPROVED**