UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

**PERMISSION TO TRAVEL**

ADDRESS OF PROBATION OFFICE

U.S. PROBATION OFFICE
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

---

**Unha Park**
USDC Cr. Cs. No. 00-00003-001
SSN: XX-XXX-9300
DOB: XX-XX-1948
HT: 5'2"; WT: 145 lbs.



DATE     **May 23, 2007**

---

YOU ARE AUTHORIZED TO TRAVEL TO     **Seoul, Republic of Korea**

LEAVING     **June 11, 2007**     AND RETURNING     **June 20, 2007**

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS:     **(INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)**

1.     **You shall abide by your supervised release conditions while in Korea.**

2.     **You shall report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3.     **You shall immediately report any change in your travel plans to the U.S. Probation Office.**

---

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN

UNITED STATES PROBATION OFFICER

NAME: _____

ADDRESS: _____

_____

_____

[X] **APPROVED**     [ ] **DISAPPROVED**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 24, 2007**