| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

**Unha Park**
Criminal Case No. 00-00003-001
SSN: XX-XXX-9300
DOB: XX-XX-1948
HT: 5'3"; WT: 150 lbs.



DATE **March 5, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Seoul, Republic of South Korea**

LEAVING **March 15, 2008** AND RETURNING **March 24, 2008**

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in Korea.**

2. **You shall report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **You shall immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME:
ADDRESS:

[X] **APPROVED**  [ ] **DISAPPROVED**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Mar 05, 2008**